

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00936-CV

Christopher **BAKER**, David Brown, and James Kerr,
Appellants

v.

James E. **BENNETT**, Jr., Dennis Worley, Sterling Koonce, Flying A Limited Partnership L.P., Joseph W. Forbes, Jr., Kenneth Clark, James Boggess, Joel Webb, Jaimie Livingston, David Miner, Ronald English and MDF, LLC,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI05787
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellants have filed an "Unopposed Motion for Permission to View Sealed Portions of Clerk's Record." Appellants' motion is GRANTED. We ORDER that the attorneys for the parties in this appeal shall have access to the sealed volumes of the clerk's record (Volumes 2 and 3) on file with this Court. The Clerk of this Court is directed to unseal the record for the sole purpose of providing a copy to counsel for appellants. All counsel are ordered not to share the contents of the sealed record with any person except to the extent necessary to prepare the appellate brief.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court